UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN TACURI,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/07/2024_

22 Cr. 622-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change-of-plea hearing for Defendant, Juan Tacuri, on **June 5, 2024, 2024**, at **4:00 p.m.**, in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: May 7, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge