UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/7/2024_____

-against-

22 Cr. 622-2 (AT)

JUAN TACURI,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    Sentencing in this matter is scheduled for **October 15, 2024**, at **2:00 p.m.** Members of the public and press wishing to attend sentencing via teleconference are directed to dial 646-453-4442 and enter access code 444411943.

    SO ORDERED.

Dated: October 7, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge