UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JUAN TACURI,

                                    Defendant.

ANALISA TORRES, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2024

22 Cr. 622-2 (AT)

**ORDER**

By **December 13, 2024**, the parties shall provide the Court with a joint status letter on restitution or a revised proposed order of restitution.

SO ORDERED.

Dated: October 29, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge