USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2024

IN THE UNITED STATES DISTRICT COURT FOR

SOUTHERN DISTRICT OF NEW YORK

(FOLEY SQUARE-DIVISION)

JUAN TACURI

       Defendant,

v.                             Case No.1:22-cr-00622-AT-2

                                  (Honor. Analisa Torres)

UNITED STATES OF AMERICA

       Respondent.

## MOTION TO SUBSTITUTE AND REMOVE ATTORNEY BY DEFENDANT

NOW BEFORE THE COURT comes JUAN TACURI, and moves as follows:

Petitioner prays that this Motion be liberally construed and held to a standard "less stringent than those drafted by Attorneys." Haines v. Kerner, 404 U.S. 519,520 (SCOTUS 1972); See also Ayala Serrano v. Gonzalez, 909 F.2d 8,15(1st Cir.)1991). According to Rule 56(a) of the Federal Rules of Civil Procedures, a Movant may move for any claim if he shows that there is no general dispute as to any material fact and that he is entitled to judgement as a matter of law.

1.

Petitioner is presently represented in this matter by attorney Frank J. Gaviria. Petitioner wishes to allow his present counsel to withdraw from the Court, as Petitioner is not satisfied with this Attorneys performance and legal representation, Specifically Petitioner Considers its Counsel Mr. Gaviria was Ineffective in his Constitutional Defense and Counseling that prejudice him and rendered in Petitioner high sentence.

2.

Petitioner therefore moves to substitute counsel, relieving attorney Frank J. Gaviria. Petitioner do not want any more participation or representation from this Attorney. Petitioner sent letter of contract termination to this attorney (Please See Attachment).

WHEREFORE PLAINTIFF PRAYS that this Honorable Court grant his motion to substitute counsel, allowing attorneys Frank J. Gaviria to be removed from his case.,

Respectfully Submitted,

*/s/ Juan Tacuri*

Juan Tacuri
Register No.36063-510
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

On November 6, 2024, the Court granted Frank Gaviria's motion to withdraw as counsel for Defendant. ECF No. 130. That same day, Mr. Gaviria was terminated from the docket. Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 137, and to mail a copy of this order and the order at ECF No. 130 to Defendant *pro se*.

SO ORDERED.

Dated: November 14, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge