```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN TACURI,

                Defendant.

22 Cr. 622-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Government's letter dated December 6, 2024. ECF No. 147. Accordingly, Christopher Wright is reappointed to represent Defendant, pursuant to the Criminal Justice Act, with respect to restitution. By **January 13, 2025**, the Government shall submit a proposed restitution order.

    The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 147 and mail a copy of this order to Defendant.

    SO ORDERED.

Dated: December 9, 2024
       New York, New York

ANALISA TORRES
United States District Judge