

**U.S. Departme** [...]

*United States A* [...]
*Southern Distri* [...]

*Jacob K. Javits Federal* [...]
*26 Federal Plaza, 38ᵗʰ* [...]
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/14/2025

January 13, 2025

**BY ECF & EMAIL**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Juan Tacuri*, 22 Cr. 622 (AT)

Dear Judge Torres:

      The Government respectfully writes regarding restitution in the above-referenced matter. The Government is seeking an extension until January 27, 2025 to present the Court with a proposed restitution order. Based on the Government's discussions with the defendant's newly appointed counsel, the Government anticipates that it will be presenting the Court with a proposed restitution order on consent, but additional time is needed to finalize the proposed order and for counsel to discuss it with the defendant.

      Thank you for your consideration of this matter.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney for the
                    Southern District of New York

By:    _____
                    Benjamin A. Gianforti
                    Michael D. Maimin
                    Assistant United States Attorneys
                    (212) 637-2490 / -2340

GRANTED.

SO ORDERED.

Dated: January 14, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge