USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_1/29/2025\_\_

U.S. Department

*United States A*
*Southern Distri*

*Jacob K. Javits Federal*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 28, 2025

**BY ECF & EMAIL**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Juan Tacuri*, 22 Cr. 622 (AT)

Dear Judge Torres:

    The Government respectfully writes regarding restitution in the above-referenced matter. The Government is seeking an extension until February 10, 2025 to present the Court with a proposed restitution order. As noted in the Government's prior letter, based on the Government's discussions with the defendant's counsel, the Government anticipates that it will be presenting the Court with a proposed restitution order on consent, but additional time is needed to finalize the proposed order and for counsel to discuss it with the defendant.

    Thank you for your consideration of this matter.

        Respectfully submitted,

        DANIELLE R. SASSOON
        United States Attorney for the
        Southern District of New York

By:    _____
        Benjamin A. Gianforti
        Michael D. Maimin
        Assistant United States Attorneys
        (212) 637-2490 / -2340

GRANTED.

SO ORDERED.

Dated: January 29, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge